AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

JACOB MATTHEW MEDINA )
_Petitioner_ )
)
)
v. )
) Case No. __3:26-cv-1325 SI__
) _(Supplied by Clerk of Court)_
)
WARDEN OF FCI SHERIDAN )
_Respondent_
_(name of warden or authorized person having custody of petitioner)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a)  Your full name:  JACOB MATTHEW MEDINA
    (b)  Other names you have used:  N/A

2.  Place of confinement:
    (a)  Name of institution:  FCI SHERIDAN
    (b)  Address:  P.O. Box 5000, SHERIDAN OR 97378

    (c)  Your identification number:  11975-508

3.  Are you currently being held on orders by:
    ☒ Federal authorities      ☐ State authorities      ☐ Other - explain:

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a)  Name and location of court that sentenced you:  SANDRA DAY O'CONNOR U.S. COURTHOUSE Phoenix Arizona
    (b)  Docket number of criminal case:  CR-19-00329-PHX-DLR-001
    (c)  Date of sentencing:  01/04/2022
    ☐ Being held on an immigration charge
    ☐ Other _(explain)_:

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.    What are you challenging in this petition:

☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*:

6.    Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:   Federal Bureau of prisons Washington D.C. Central office

(b) Docket number, case number, or opinion number:   N/A

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:   the application / calculation of FTC/FSA time credits

(d) Date of the decision or action:   N/A

## Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes          ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: WARDEN OF FCI SHERIDAN Federal Bureau of Prisons, Administrative Remedy Bp-9

(2) Date of filing:   01/15/2026

(3) Docket number, case number, or opinion number:   1267244-F1

(4) Result:   Denied

(5) Date of result:   03/06/2026

(6) Issues raised:   That my FTC's and recidivism levels were miscalculated after disciplinary proceedings were expunged. FSA time credits are missing, and miscalculated.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

_____

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒ Yes          ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: Western Regional office, Federal Bureau of Prisons, Administrative Remedy Bp-10

    (2) Date of filing: 03/20/2026

    (3) Docket number, case number, or opinion number: 1267244-R1

    (4) Result: Granted

    (5) Date of result: 05/04/2026

    (6) Issues raised: FTC/FSA credits miscalculated after disciplinary guilty verdicts were expunged and FTC/FSA miscalculations on FSA Time credit Assessment.

(b) If you answered "No," explain why you did not file a second appeal: _____

_____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☒ Yes          ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: Central office washington D.C., Federal Bureau of Prisons, Administrative Remedy Bp-11

    (2) Date of filing: 06/11/2026

    (3) Docket number, case number, or opinion number: unknown

    (4) Result: unknown

    (5) Date of result: unknown

    (6) Issues raised: Although western Region corrected FSA Earning Factor and a majority of FTC/FSA credits, I'm still missing 80 FTC/FSA credits from 01/04/2022 through 08/23/2022.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☒ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                ☒ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11.     **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☒ No

If "Yes," provide:

(a)     Date you were taken into immigration custody:

(b)     Date of the removal or reinstatement order:

(c)     Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☐ No

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d)     Did you appeal the decision to the United States Court of Appeals?

☐ Yes          ☐ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

_____

_____

12.  **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☒ No

If "Yes," provide:

(a)  Kind of petition, motion, or application: _____

(b)  Name of the authority, agency, or court: _____

_____

(c)  Date of filing: _____

(d)  Docket number, case number, or opinion number: _____

(e)  Result: _____

(f)  Date of result: _____

(g)  Issues raised: _____

_____

_____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

**GROUND ONE:** Bop's determination of the date when I'm able to earn FSA time credits which is in 28 c.f.r. § 523. 42(a) does not mirror the plain language in the First Step Act defining when a prisoner can begin earning FSA time credits. Therefore Bop's interpretation of the law is preventing me from earning 80 FTC's that were suppossed to be already accrued and applied to my RRC/HC date which effects my release date to RRC or HC.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

On my BOP First step Act time Assessment sheet, the BOP only counts FSA/FTC credits from the day I arrived at my BOP designated facility and not when my sentence commenced, which is 01/04/2022. I arrived into BOP custody on 08/23/2022 with a 10 day earning factor for FTC's/FSA for every 30 days. Therefore, from 01/04/2022 through 08/23/2022 it could be assumed I am owed 80 FTC/FSA credits from my sentence commencement date through my arrival into BOP custody.

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes          ☒ No

**GROUND TWO:** BOP has failed to correctly apply earned FTC's/FSA time credits after two consecutive low risk assessments

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

On 3/19/2023 I became a low risk of recidivism which was my 1st low assessment, and on 9/15/2023 I had my second low risk assessment making it my 2nd consecutive low risk assessment which should've been where I earned 15 days for every 30 days but that didn't happen until 3/13/2024 according to my FSA time credit assessment paperwork. Because of this I'm being denied 30 FTC/FSA credits earned which effect my release date and placement into a RRC or HC.

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes          ☒ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes          ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes          ☐ No

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Since My FTC/FSA Time credits were already miscalculated because of disciplinary verdicts that were expunged I thought region would've seen or recalculated all my FTC/FSA credits that I should've earned and I also didn't know that the BOP completely disregards the FSA statute and makes up their own interpretations of law.

**Request for Relief**

15. State exactly what you want the court to do: Apply the 80 & 30 missing FTC/FSA credits to my RRC/HC days that I have earned immediately, that way I may be released by september/october of 2026, on HC or to a RRC. Thank you! 120 FTC/FSA days total i'm asking to be applied to my RRC/HC so I can be released from custody to a RRC or HC.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

6/23/2026

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:    6/23/2026

_____
Signature of Petitioner

N/A
_____
Signature of Attorney or other authorized person, if any